**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, Felix Gago**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00123-DAD-BAM-3 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| FELIX GAGO | **Judge: Hon. Dale A. Drozd** |
| Defendant. | **Courtroom 5** |

**TO THE HONORABLE DALE A. DROZD, FEDERAL DISTRICT COURT JUDGE, EASTERN DISTRICT OF CALIFORNIA**; United States Attorney, Kimberly A. Sanchez, and United States Probation Officer, Megan Pascual.

Defendant, Felix Gago**,** by and through his attorney of record, Peter M. Jones, and the United States Attorney, by and through Kimberly A. Sanchez, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on November 13, 2017, at 10:00 a.m.

2.  The parties agree and stipulate that Defendant's sentencing be continued to November 27, 2017, at 10:00 a.m.

*///*

3. The parties agree that an additional two weeks is necessary to prepare for Mr. Gago's sentencing hearing.

IT IS SO STIPULATED.

Respectfully Submitted

DATED: November 7, 2017          By: /s/ *Kimberly A. Sanchez*_____
                                          United States Attorney

DATED: November 7, 2017          By: /s/ *Peter M. Jones*_____
                                          PETER M. JONES
                                          Attorney for Defendant Felix Gago

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for November 13, 2017, is continued until November 27, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  __**November 8, 2017**__          _____
                                          UNITED STATES DISTRICT JUDGE