McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00123-DAD-BAM-3 |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| FELIX GAGO, | |
| Defendant. | |

WHEREAS, on November 16, 2017, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement and stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Felix Gago, forfeiting to the United States the following property:

    a. Approximately $5,069.00 in U.S. Currency.

AND WHEREAS, beginning on November 17, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a. Denise Castillo

     AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

     Accordingly, it is hereby ORDERED and ADJUDGED:

     1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Felix Gago and Denise Castillo.

     2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

     3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **February 22, 2018**  
_____  
UNITED STATES DISTRICT JUDGE